UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROBERT NEVILLE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV613-050 |
| | ) |
| BETSY MCCAGHREN, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On June 25, 2013, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 9.) The Court warned plaintiff that his failure to return those forms by July 25, 2013 would result in the dismissal of his case. (*Id.*) Plaintiff has neither returned the forms nor taken any other action to prosecute this matter. (Doc. 8.) Since he has not complied with the conditions of the Court's order, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  7th  day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA